```
DANIEL S. VAUGHAN, SBN 123438
Attorney at Law
1485 Civic Court #1330
Concord, CA  94520
Telephone: (925) 674-3622

Attorney for Debtor
```

**The following constitutes
the order of the court. Signed February 24, 2014**

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 09-44959 MEH |
| ROBERT STEPHEN KOSLOFF, | Chapter 13 |
| | ORDER MODIFYING CHAPTER 13 PLAN |
| Debtor._____/ | |

IT IS HEREBY ORDERED THAT the Chapter 13 Plan is modified.

IT IS FURTHER ORDERED that the Chapter 13 Plan of Debtor ROBERT STETPHEN KOSLOFF is modified to increase the plan payment to $1,112 per month beginning March 2014 through the remainder of his plan term.

Any arrears due and owing to the Chapter 13 trustee's office is hereby suspended.

All other terms of the plan are to remain the same.

***END OF ORDER***

<u>COURT SERVICE LIST</u>

Robert Kosloff
1731 Alray Dr
Concord, CA 94519